# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 15, 2010

Marilyn Kelly,
Chief Justice

140336

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SC: 140336
COA: 293833
Wayne CC: 05-005425

MARIO TIMOTHY JOHNSON,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the November 23, 2009 order of the Court of Appeals is considered. We DIRECT the Wayne County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

     The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 15, 2010

_____
Clerk

s0708